## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE
## CIVIL ACTION NO. 5:08CV-P30-R

**JONATHAN LEE RICHES**                                                                             **PETITIONER**

v.

**RAFIK AL-HARIRI**
**FCI-WILLIAMSBURG**                                                                      **RESPONDENTS**

## MEMORANDUM & ORDER

Petitioner Jonathan Lee Riches, a federal prisoner, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging his federal sentence and seeking immediate release. On review, the Court concludes that it is without jurisdiction to consider the petition, as a § 2241 petition "shall be filed in the court having jurisdiction over the prisoner's custodian." *Charles v. Chandler*, 180 F.3d 753, 755-56 (6th Cir. 1999) (citations omitted). In the present case, Petitioner is incarcerated in FCI-Williamsburg, which is located in the District of South Carolina. *See* 28 U.S.C. § 121(3). In the interest of justice, this Court will transfer this action to that court. The transferee court can determine the propriety of the habeas petition.

**WHEREFORE, IT IS ORDERED** that the instant action filed pursuant to 28 U.S.C. § 2241 is **TRANSFERRED to the United States District Court for the District of South Carolina, Florence Division,** pursuant to 28 U.S.C. § 1631.

Date:

cc:     Petitioner, *pro se*
        United States Attorney
        Clerk, District of South Carolina, McMillan Federal Building, 401 West Evans St., Florence, SC 29501
4413.005